FILED

SEP 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

v.

VINCENT GEORGE PARKS,

        Defendant - Appellant.

No. 14-16527

D.C. No. 1:82-cr-00123-AWI

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
Anthony W. Ishii, District Judge, Presiding

Submitted August 25, 2015[**]

Before:    McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

    Vincent George Parks appeals pro se from the district court's order denying

his petition for a writ of error coram nobis. We have jurisdiction under 28 U.S.C.

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

§ 1291. We review de novo the district court's denial of a petition for a writ of error coram nobis, *see United States v. Riedl*, 496 F.3d 1003, 1005 (9th Cir. 2007), and we affirm.

In 1983, Parks pled guilty to armed bank robbery. He now contends that this conviction is invalid, because he received ineffective assistance of counsel and was abandoned by his attorney. Because Parks has not shown a valid reason for failing to attack his conviction earlier, he is not entitled to a writ of error coram nobis. *See id.* at 1006-07.

In a filing received by the court on August 3, 2015, Parks raises several challenges to a separate set of convictions and sentences from 1998. Because these arguments were not raised in Parks' petition before the district court, we decline to consider them on appeal. *See Cacoperdo v. Demosthenes*, 37 F.3d 504, 507 (9th Cir. 1994).

**AFFIRMED.**